IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTHONY HITCHCOCK, | * |
| Petitioner, | * |
| v. | Case No. 5:19-cr-00039-MTT-CHW |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 30, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 30th day of September, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk